# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
vs.

CASE/CITATION NO. 3:11-Cr-0016 CMK

TERRY S. DUNIVIN

**ORDER TO PAY**

SOCIAL SECURITY #: _____
DATE OF BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____

CITY    STATE    ZIP CODE

**FILED**

DEC 07 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE: 12-7-2011            _____
                            DEFENDANT'S SIGNATURE

YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING: 1 year Court Probation

☒ Fine: $ -0- and a penalty assessment of $ _____ for a TOTAL AMOUNT OF: $ _____ within _____ days/months; or payments of $ _____ per month, commencing _____ and due on the _____ of each month until paid in full.
☒ Restitution: $500 to Sierra Army Depot; $75 per month beginning 1-1-12 with fees not to exceed $ _____
( ) Community Service completed by: _____

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

| ~~USDC CENTRAL VIOLATIONS BUREAU (SA) POST OFFICE BOX 740026 ATLANTA, GA 30374-0026~~ | ~~CLERK, USDC 1130 O STREET, RM 5000 FRESNO, CA 93721~~ | ~~CLERK, USDC 501 "I" STREET~~ SACRAMENTO, CA 95814-2322 |

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 12-7-2011            _____
                            U.S. MAGISTRATE JUDGE

Clerk's Office

PRINTED ON RECYCLED PAPER

EDCA-3